Per Curiam.
 

 [¶ 1] James Yahnke appeals from a district court order denying his application for post-conviction relief. Yahnke argues the court erred by finding he failed to establish ineffective assistance of counsel. We conclude the court's order is based on findings of fact that are not clearly erroneous. Yahnke further argues the court erred when it did not allow him to withdraw his guilty plea to correct a manifest injustice caused by procedural errors made by the sentencing court, by failing to fully advise him as required by N.D.R.Crim.P. 11. Because Yahnke did not adequately raise this argument at the district court level, we decline to address the issue.
 
 State v. Gray
 
 ,
 
 2017 ND 108
 
 , ¶ 13,
 
 893 N.W.2d 484
 
 (concluding issues which are not raised
 
 *135
 
 before the district court will not be considered for the first time on appeal). We summarily affirm the district court order under N.D.R.App.P. 35.1(a)(2) and (7).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte
 

 Jon J. Jensen